COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ismael Aguilar Alarcon v. The State of Texas

Appellate case number:      01-14-00760-CR

Trial court case number:      1225411

Trial court:      185th District Court of Harris County

David L. Garza, counsel for appellant, filed an *Anders* brief on December 12, 2014 which contains sensitive information, as defined in TEX. R. APP. P. 9.10(a)(3). Specifically, the brief identifies by name and home address a minor victim of sexual assault. The brief also identifies other minors by name.

On December 16, 2014, we struck the brief and **ORDERED** the brief refiled with appropriate redactions and use of an alias to protect the privacy of the minors. Appellant's counsel has not complied with that order.

We **ORDER** David L. Garza to refile a compliant brief within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: _/s/ Rebeca Huddle
                 X Acting individually     ☐ Acting for the Court

Date: January 22, 2015